UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FABIAN ROSA III and
JULISSA FERNANDEZ-ROSA,

     Plaintiffs,

-against-

MOUNT EDEN MOTORS, INC.,
RAY DARWISH, and MELI NUN,

     Defendants.

No. 25-CV-10211 (JPO)

---

### Clerk's Certificate of Default

I, Tammi M. Hellwig, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 9, 2025, with the filing of a Complaint, Document No. 1, and a copy of the summons and Complaint was served on Defendant **Mount Eden Motors, Inc.**, by personal delivery upon Anthony Burris, Authorized Agent in the Office of the New York Secretary of State, on December 30, 2025 at 1:46 p.m., and proof of service was therefore filed on January 5, 2026, Document No. 12, and I further certify that the docket entries indicate that Defendant **Mount Eden Motors, Inc.** has not filed an answer or otherwise moved with respect to the

Complaint herein. The default of defendant **Mount Eden Motors, Inc.** is

hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:   New York,        , New York
         March 10          , 2026

TAMMI M. HELLWIG, Clerk of Court

By:   _____
                 Deputy Clerk