UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FABIAN ROSA III and
JULISSA FERNANDEZ-ROSA,

     Plaintiffs,                    No. 25-CV-10211 (JPO)

-against-

MOUNT EDEN MOTORS, INC.,
RAY DARWISH, and MELI NUN,

     Defendants.

---

### Clerk's Certificate of Default

I, Tammi M. Hellwig, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 9, 2025, with the filing of a Complaint, Document No. 1, and a copy of the summons and Complaint was served on Defendant **Ray Darwish**, by substituted service upon Salome Giraldo, a co-worker of Ray Darwish at his actual place of business, on December 29, 2025, and proof of service was therefore filed on January 2, 2026, Document No. 11, and I further certify that the docket entries indicate that Defendant **Ray Darwish** has not filed an answer or otherwise moved with respect to the

Complaint herein. The default of defendant **Ray Darwish** is hereby noted

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:      New York      , New York
              March 10     , 2026


                          TAMMI M. HELLWIG, Clerk of Court


                                        K. mango
                  By:    _____
                                 Deputy Clerk