UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

FABIAN ROSA III and
JULISSA FERNANDEZ-ROSA,

     Plaintiffs,                         No. 25-CV-10211 (JPO)

-against-


MOUNT EDEN MOTORS, INC.,
RAY DARWISH, and MELI NUN,

     Defendants.

_____

### Clerk's Certificate of Default

I, Tammi M. Hellwig, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 9, 2025, with the filing of a Complaint, Document No. 1, and a copy of the summons and Complaint was served on Defendant **Meli Nun**, by substituted service upon Salome Giraldo, a co-worker of Meli Nun at his actual place of business, on December 29, 2025, and proof of service was therefore filed on January 2, 2026, Document No. 10, and I further certify that the docket entries indicate that Defendant **Meli Nun** has not filed an answer or otherwise moved with respect to the

Complaint herein. The default of defendant **Meli Nun** is hereby noted

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:       New York       , New York

              March 10      , 2026

                                TAMMI M. HELLWIG, Clerk of Court

                                          K. mango

                        By:   _____

                                        Deputy Clerk