UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FABIAN ROSA III, *et al.*,

Plaintiffs,

-v-

MOUNT EDEN MOTORS, INC., *et al.*,

Defendants.

25-CV-10211 (JPO)

ORDER OF REFERENCE TO
MAGISTRATE JUDGE

J. PAUL OETKEN, District Judge:

The above-entitled action is referred to the Honorable Gary Stein, United States Magistrate Judge, for the following purpose:

____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE:

_____ JURY SELECTION

_____ HABEAS CORPUS

__X__ INQUEST AFTER DEFAULT / DAMAGES HEARING

_____ SOCIAL SECURITY

_____ SETTLEMENT

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF:

SO ORDERED.

Dated: July 16, 2026

_____
J. PAUL OETKEN
United States District Judge